Diana G. Dickinson, Esq.
Nevada Bar No. 13477
Littler Mendelson, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:	702.862.8800
Fax No.:	702.862.8811
ddickinson@littler.com

Attorney for Defendant
BACKGROUNDCHECKS.COM LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Angelica Gomez,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Backgroundchecks.com LLC and Clarity Services, Inc.,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-01763-JCM-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM LLC TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Angelica Gomez ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of November 25, 2024, up to and including **December 26, 2024.**

The requested extension is necessary in light of the fact that Defendant's counsel was recently retained. The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

/ / /

/ / /

1   This is the first request for an extension of time to respond to the Complaint. This request is
2   made in good faith and not for the purpose of delay.

Dated: November 20, 2024

Respectfully submitted,

*/s/ Gerardo Avalos, Esq.*
George Haines, Esq.
Gerardo Avalos, Esq
FREEDOM LAW FIRM, LLC

*Attorneys for Plaintiff*
ANGELICA GOMEZ

Dated: November 20, 2024

Respectfully submitted,

*/s/ Diana G. Dickinson, Esq.*
Diana G. Dickinson, Esq.
LITTLER MENDELSON, P.C.

*Attorney for Defendant*
BACKGROUNDCHECKS.COM LLC

**IT IS SO ORDERED.**

Dated: 11/21/2024

_____
UNITED STATES MAGISTRATE JUDGE

4862-6633-5978.1 / 107811-1041

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800